# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| DMK PHARMACEUTICALS CORP *et al.*, | Case No. 24-10153 (MFW) |
| Debtors. | (Jointly Administered) |
| DMK PHARMACEUTICALS CORP *et al.*, | Adv. No. 24-50071 (MFW) |
| Plaintiffs, | |
| v. | |
| USWM, LLC, | |
| Defendant. | |

## DEFENDANT USWM LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Rules 9(b) and 12(b) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding by Rules 7009 and 7012 of the Federal Rules of Bankruptcy Procedure, Defendant USWM LLC (the "**Defendant**") move this Honorable Court for the entry of an order, substantially in the form attached hereto as **Exhibit 1**, dismissing Counts I, II and III of Plaintiffs' Complaint with prejudice based on the arguments set forth in the Opening Brief in Support of the Motion to Dismiss Plaintiffs' Complaint filed contemporaneously herewith.

Pursuant to Rule 7012-1 of the Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the Defendant does not consent to the entry of a final order or judgment by this Honorable Court in this Adversary Proceeding.

ME1 49327723v.1

| | |
|---|---|
| Dated: August 2, 2024<br>      Wilmington, DE | McCARTER & ENGLISH, LLP<br><br>/s/ *Daniel M. Silver*<br>Daniel M. Silver (#4758)<br>Kate Roggio Buck (#5140)<br>Benjamin A. Smyth (#5528)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, Delaware 19801<br>Tel.: (302) 984-6300<br>dsilver@mccarter.com<br>kbuck@mccarter.com<br>bsmyth@mccarter.com<br><br>*Counsel for Defendant USWM, LLC* |