IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DMK PHARMACEUTICALS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10153 (MFW)<br>(Jointly Administered) |
| DMK PHARMACEUTICALS CORP, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>USWM, LLC,<br>Defendant. | Adv. Pro No. 24-50071 (MFW) |

**NOTICE OF COMPLETION OF BRIEFING**

1. On August 2, 2024, Defendant USWM, LLC ("USWM") filed a Motion to Dismiss [D.I. 14] Plaintiff DMK Pharmaceuticals Corp., *et al.'s* ("DMK") Complaint [D.I. 1] (the "Complaint").

2. On June 3, 2024, DMK filed under seal Exhibit A to the Complaint [D.I. 3].

3. On June 3, 2024, DMK filed its Motion For Entry Of Order (I) Authorizing (A) Redaction Of Certain Confidential Information From Exhibit A To Plaintiffs' Adversary Complaint, And (B) Filing Of Unredacted Version Of The Exhibit Under Seal; And (II) Granting Related Relief [D.I. 4].

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) DMK Pharmaceuticals Corporation ("DMK") (9727) (ii) Adamis Corporation ("Adamis") (4912); (iii) Adamis Pharmaceuticals Corporation ("Adamis Pharma") (9663); (iv) Biosyn, Inc. ("Biosyn") (4982); (v) Rhombus Pharmaceuticals Corp. ("Rhombus") (6127); and (vi) US Compounding, Inc. ("USC") (7460) (collectively referred to as the "Debtors"). The Debtors' mailing address is: 50 Division Street, Suite 501, Somerville, NJ 08876, with copies to Nelson Mullins Riley & Scarborough LLP, Attn: Lee Hart, Atlantic Station, Suite 1700, 201 17th Street NW, Atlanta, GA 30363; and Gellert Seitz Busenkell & Brown LLC, Attn: Michael Busenkell, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801.

4. On August 2, 2024, USWM filed its Memorandum of Law in Support of Its Motion to Dismiss Adversary Complaint [D.I. 15].

5. On October 1, 2024, DMK filed its Response to Defendant USWM's Motion to Dismiss Adversary Complaint [D.I. 18].

6. On October 1, 2024, DMK filed under seal Exhibits A and B to its Response to Defendant USWM's Motion to Dismiss Adversary Complaint [D.I. 19].

7. On October 3, 2024, DMK filed its Motion for Entry of Order to Seal Exhibits A and B to Plaintiff's Response to Defendant's Motion to Dismiss Adversary Complaint [D.I. 20].

8. On October 22, 2024, USWM filed its Reply in Support of Its Motion to Dismiss Adversary Complaint [D.I. 21].

9. Plaintiff hereby notifies this Honorable Court that briefing is complete.

Dated: October 29, 2024
Wilmington, Delaware

GELLERT SEITZ BUSENKELL & BROWN LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Email: mbusenkell@gsbblaw.com

- and –

Nelson Mullins Riley & Scarborough LLP
Matthew E. Brown (admitted pro hac vice)
One Financial Center, Suite 3500
Boston, MA 02111
Telephone: (617) 217-4619
Email: matt.brown@nelsonmullins.com

*Counsel to DMK Pharmaceuticals Corp, et al.*