**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Ch. 11 |
| | ) | |
| DMK PHARMACEUTICALS CORP et al., | ) | |
| | ) | Case No. 24-10153 (MFW) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| DMK PHARMACEUTICALS CORP et al., | ) | Adv. No. 24-50071 (MFW) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| USWM, LLC, | ) | Re: Adv. D.I. 1, 14, |
| | ) | 15, 18, 21, 22 |
| | ) | |
| Defendant. | ) | |

**O R D E R**

**AND NOW** this **25th** day of **APRIL, 2025**, upon consideration of the Motion to Dismiss filed by USWM, Inc., and the response thereto filed by the Debtors, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Dismiss is **DENIED;** and it is further

**ORDERED** that the Debtors are **DIRECTED** to file an amendment to the Complaint within thirty (30) days hereof withdrawing Count III of the Complaint as it had agreed to do and providing further details as to any claim for breach of contract related to failure to provide information if they wish to continue to assert that

ground.

BY THE COURT:

*Mary F. Walrath*

Mary F. Walrath
United States Bankruptcy Judge

**ORDERED** that the Plaintiffs are hereby granted leave to amend the Complaint with respect to the Information Claim as set forth in the accompanying Opinion.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge